

# IN THE
# TENTH COURT OF APPEALS

## No. 10-19-00377-CV

### IN THE MATTER OF THE MARRIAGE OF
### ELOISA ELSA PAYNE AND PAUL ARTHUR PAYNE
### AND IN THE INTEREST OF
### N.M.P., N.N.P., AND A.I.C., CHILDREN

**From the 440th District Court
Coryell County, Texas
Trial Court No. DC-17-46141**

## MEMORANDUM OPINION

Appellant has filed an "Unopposed Motion to Dismiss." *See* TEX. R. APP. P. 42.1(a)(1). Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled. The motion is granted, and the appeal is dismissed.

REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Motion granted; appeal dismissed
Opinion delivered and filed March 4, 2020
[CV06]

